# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| SUSAN J., *et al.*, | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | * CIVIL ACTION NO.: |
| | * 2:00-cv-918-MEF-WC |
| BOB RILEY, *et al.*, | * |
| | * |
| Defendants. | * |

## JOINT MOTION FOR DECERTIFICATION OF SUBCLASSES

The parties to this action jointly move this Court, pursuant to Rule 23(c)(1)(C) and other applicable law, to decertify the subclasses certified in this Court's order dated October 24, 2008, Doc. 222. In support of this Motion, the parties state as follows:

1. In its order dated October 24, 2008, this Court certified two subclasses and declined to certify a third. (Doc. 222). The parties reserve any objection they have to the Order.

2. The parties have reached an agreement of compromise and settlement, subject to the final approval of the Attorney General. Among other terms, the settlement agreement provides that the Department shall provide additional notice and due process procedures on a system-wide basis. For example, and without limitation, the settlement agreement provides that the Department shall:

1

- Shift certain responsibilities from 310 Boards to the Department so that the Department can better monitor the application intake process.

- Provide additional written notice to all applicants at the time of first contact, which includes notice of hearing procedures, the time standards for a ruling on eligibility, and the requirements for a completed application.

- Provide notice to all persons who previously were deemed ineligible, and who can be readily identified, of certain due process rights.

- Provide notice to all persons currently on the Department's "waiting list" of their status and an opportunity to appeal their status.

- Continue to provide written notice of determinations of eligibility or ineligibility, and in the latter case, of an opportunity to appeal.

- Provide annual notice to persons on the waiting list of their status.

3. Once the Court rules on decertification, the parties will work to procure the signatures of all required persons on the written settlement agreement. The parties stand ready to provide the Court with any information concerning the terms.

4. The relief provided by the terms of the settlement agreement will inure to the benefit of all class members, and additionally to the benefit of other persons who are not members of the subclasses.

5. As is standard, the settlement includes a release of certain claims.

6. The parties agree that while class members will enjoy the benefits of the settlement agreement, it is preferable that the release, and any arguable issue or claim preclusion that might arise from final disposition, not apply to any person other than the named Plaintiffs. Decertification of the subclasses would not deprive any persons of the benefits of the settlement agreement, but would clarify that any arguable adverse effect of the settlement agreement would not apply to absent class members.

7. Counsel for all parties have conferred and have researched the issue independently. All parties and their counsel agree that decertification is in the best interest of those persons who would be members of the certified subclasses.

8. This Court has discretion to decertify the subclasses under Fed.R.Civ.P. 23(c)(1)(C), which provides that "[a]n order that grants or denies class certification may be altered or amended before final judgment."

9. Upon decertification, the parties will file a joint stipulation of dismissal. Counsel for Defendants participated in drafting this motion, have reviewed the same, and join in the motion.

WHEREFORE, the parties jointly move this Court to decertify the subclasses certified by this Court's order, Doc. 222.

Respectfully Submitted,

/s/ J. Patrick Hackney
**ATTORNEYS FOR THE PLAINTIFFS**
J. Patrick Hackney (ASB-6971-H51J)
James A. Tucker (ASB-6986-T39J)
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL  35487
Phone: (205) 348-4928
Fax: (205) 348-3909

Deborah A. Mattison
Rachel L. McGinley
Wiggins, Child, Quinn & Pantazis, P.C.
The Kress Building
301 19th Street North
Birmingham, AL  35203
 (205) 314-0500

Robert R. Kracke
Kracke & Thompson
2204 Lakeshore Drive, Ste 306
Birmingham, Alabama 35209
(205)933-2756

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 8th day of July, 2009, I filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following (or by U.S. Mail to the non CM/ECF participants):

James William Davis, Esq.
Misty S. Fairbanks, Esq.
Margaret L. Fleming, Esq.
Ezra Jordan , III, Esq.
William G. Parker , Jr., Esq.
Courtney Wayne Tarver, Esq.
James Eldon Wilson, Esq.

/s/ J. Patrick Hackney

J. Patrick Hackney
Alabama Disabilities Advocacy Program
Box 870395
Tuscaloosa, AL 35487
jphackney@adap.ua.edu