IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SUSAN J., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 2:00-cv-918-MEF-WC |
| | ) | |
| BOB RILEY, in his official capacity as Governor of the State of Alabama, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' MOTION TO JOIN IN THE JOINT MOTION FOR DECERTIFICATION (Doc. 259)

Governor Bob Riley and Commissioner John Houston respectfully move to join in the Joint Motion for Decertification, Doc. 259, and state as follows:

1. On July 8, 2009, Plaintiffs filed a Joint Motion for Decertification of Subclasses, Doc. 259.

2. It was the intent of all parties that the Motion be a joint motion.

3. At a status conference on July 10, 2009, counsel for Defendants made an oral motion to join in the Motion for Decertification.

4. On July 10, 2009, this Court entered an order "granting an oral motion for Alabama Dept. of Mental Health and Mental Retardation to join in as a party on the Joint Motion for Decertification."

5. The Alabama Department of Mental Health is no longer a party to this action, and the oral motion was intended to be made on the part of the remaining defendants, Governor Riley and Commissioner Houston.

6. This written motion is made in an effort to clarify the record, not to alter any representations made at the July 10, 2009 status conference.

WHEREFORE, Defendants Governor Bob Riley and Commissioner John Houston respectfully move to join in the Joint Motion for Decertification.

Respectfully submitted,

Troy King (KIN047)
Attorney General

s/ James W. Davis
James W. Davis (DAV103)

Margaret L. Fleming (FLE 001)
Misty S. Fairbanks (FAI005)
William G. Parker, Jr. (PAR135)
Assistant Attorneys General

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
500 Dexter Avenue
Montgomery, Alabama 36130
Telephone: (334) 242-7300
Facsimile: (334) 353-8440
*mfleming@ago.state.al.us*
*jimdavis@ago.state.al.us*
*mfairbanks@ago.state.al.us*
*wparker@ago.state.al.us*

Of counsel:

Courtney W. Tarver (TAR009)
Deputy Attorney General /General Counsel
Alabama Department of Mental Health and
Mental Retardation
Post Office Box 301410
Montgomery, Alabama 36130-1410
Telephone: (334) 242-3038
Facsimile: (334) 242-0924
*courtney.tarver@mh.alabama.gov*

**Counsel for the Defendants**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 13th day of July, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Deborah Ann Mattison (dmattison@wcpq.com); Rachel Lee McGinley (rmcginley@wcpq.com); James A. Tucker (jtucker@adap.ua.edu); James Patrick Hackney (phackney@adap.ua.edu); and, Robert R. Kracke, Sr.(rkracke@ktlegal.com).

s/James W. Davis
James W. Davis (DAV1S)